Wex Capital, Inc. v Bakhchi (2024 NY Slip Op 00944)

Wex Capital, Inc. v Bakhchi

2024 NY Slip Op 00944

Decided on February 22, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 22, 2024

Before: Webber, J.P., Moulton, Scarpulla, Mendez, Rodriguez, JJ. 

Index No. 657573/19 Appeal No. 134 Case No. 2022-02348 

[*1]Wex Capital, Inc., Formerly Known as Al Wex, Inc., Plaintiff-Respondent,
v
Marc Bakhchi et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Richard Latin, J.), entered on or about February 01, 2022
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated November 15, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 22, 2024